**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6554**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONNIE LANIER RICHMOND,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (CR-89-47, CA-97-175-1)

———————

Submitted:  November 5, 1998          Decided:  November 19, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronnie Lanier Richmond, Appellant Pro Se.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronnie Richmond seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Richmond</u>, Nos. CR-89-47; CA-97-175-1 (M.D.N.C. Apr. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2